**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | December 17, 2013 | Probation: | Nicole Peterson |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Cathy Bahr |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No:  **12-cr-00378-WYD**            Counsel:

UNITED STATES OF AMERICA,                Stephanie Podolak

    Plaintiff,

v.

**9.  JESUS M. BAUDELIO**,                Frank E. Moya

    Defendant.

**SENTENCING**

**11:05 a.m.**   Court in Session - Defendant present (in-custody)

> **Change of Plea Hearing - Thursday, July 11, 2013, at 2:00 p.m.
> Plea of Guilty - Count 11 of Indictment.**

    APPEARANCES OF COUNSEL.

    Interpreter sworn (Spanish).

    Court's opening remarks.

11:06 a.m.   Statement an argument on behalf of Government (Ms. Podolak).

11:07 a.m.   Statement and argument on behalf of Defendant (Mr. Moya).

11:10 a.m.   Statement and argument on behalf of Government (Ms. Podolak).

11:12 a.m.   Statement by Defendant on his own behalf (Mr. Baudelio).

   Court makes findings.

**ORDERED:**   Government's Motion for Sentence Reduction Pursuant to Section 5K1.1 of the Sentencing Guidelines [ECF Doc. No.323], filed December 4, 2013, is **GRANTED.**

**ORDERED:**   Government's Motion for Three Level Departure for Acceptance of Responsibility [ECF Doc. No. 324], filed December 4, 2013, is **GRANTED.**

**ORDERED:**   Defendant be **imprisoned** for **18** months as to count 11 of the Indictment.

**Court RECOMMENDS that the Bureau of Prisons place the defendant at the most appropriate facility within the state of Colorado.**

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:**   **Conditions** of **Supervised Release** are:

   (X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

   (X)   Defendant shall not commit another federal, state or local crime.

   (X)   Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

   (X)   Defendant shall comply with standard conditions adopted by the Court.

   (X)   Defendant shall not unlawfully possess a controlled substance.

   (X)   The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

   (X)   The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**     **Special Condition(s)** of **Supervised Release** are:

(X)     The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

**ORDERED:**     Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**     **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**     Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:**     Government's Motion to Dismiss Counts [ECF Doc. No. 322], filed December 4, 2013, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**ORDERED:**     Defendant is **REMANDED** to the custody of the U.S. Marshal.

**11:17 a.m.**     Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   :12**